IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer, <br><br> On behalf of herself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> Margaret Spellings, in her official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America, <br><br> *Defendants*. | Civil No. 1:07-cv-00522 (EGS) <br><br> CLASS ACTION |

## AFFIDAVIT OF SERVICE OF K. CHRISTINE MILLER

I, K. Christine Miller, hereby depose and say:

1. I am not a party or otherwise interested in this lawsuit.

2. I am over 18 years of age.

3. My business address is Sprenger & Lang, PLLC, 1400 Eye Street, N.W., Suite 500, Washington, D.C. 20005.

4. On March 23, 2007, I served by U.S. Mail, Certified-Return Receipt, the Summons and Complaint in the above-captioned case on <u>The Honorable Alberto R. Gonzales, U.S. Attorney General, and Paul J. McNulty, Deputy U.S. Attorney General, Department of Justice, 950 Pennsylvania Avenue, N.w., room B-103, Washington, D.C. 20530-0001</u>. A copy of the Return Receipt is attached.

K. Christine Miller

2019326

Subscribed to and sworn before me this 5th day of April, 2007.

*[signature]*
Notary Public

My Commission expires: 12-14-2011 .

ATTACHMENT

*Pfeiffer v. Spellings, et al.*
C. A. No: 1:07-cv-00522 (EGS)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) MAR 2 3 2007  Date of Delivery 3/23/07 |
| 1. Article Addressed to:<br><br>Mr. Alberto R. Gonzales, Esq.<br>Paul J. McNulty<br>Department of Justice<br>950 Pennsylvania Ave., N.W., Rm. B-103<br>Washington, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0001 8447 3326 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540