IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer,  )<br>)<br>On behalf of herself and all others similarly situated,  )<br>)<br>        *Plaintiff*,  )<br>)<br>v.  )<br>)<br>Margaret Spellings, in her official capacity as United  )<br>States Secretary of Education, the United States  )<br>Department of Education, and the United States of  )<br>America,  )<br>)<br>        *Defendants*.  )<br>) | Civil No. 1:07-cv-00522 (EGS)<br><br>CLASS ACTION |

**AFFIDAVIT OF SERVICE OF K. CHRISTINE MILLER**

I, K. Christine Miller, hereby depose and say:

1. I am not a party or otherwise interested in this lawsuit.

2. I am over 18 years of age.

3. My business address is Sprenger & Lang, PLLC, 1400 Eye Street, N.W., Suite 500, Washington, D.C. 20005.

4. On March 23, 2007, I served by U.S. Mail, Certified-Return Receipt, the Summons and Complaint in the above-captioned case on <u>The Honorable Margaret Spellings, U.S. Secretary of Education, U.S. Department of Education, 400 Maryland Avenue, S.W., Room 7W301, Washington, D.C. 20202</u>. A copy of the Return Receipt is attached.

*/s/ K. Christine Miller*
_____
K. Christine Miller

2019326

Subscribed to and sworn before me this 5th day of April, 2007.

_____
Notary Public

My Commission expires: 12-14-2011 .

2019326

ATTACHMENT

*Pfeiffer v. Spellings, et al.*
C. A. No: 1:07-cv-00522 (EGS)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *D.M.* ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): D. Murray    C. Date of Delivery: 3/23/07 |
| 1. Article Addressed to:<br><br>Margaret Spellings<br>U.S. Secretary of Education<br>U.S. Department of Education<br>400 Maryland Ave., S.W., Rm. 7W301<br>Washington, D.C. 20202 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label): | 7005 2570 0001 8447 3333 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |