IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer,<br><br>On behalf of herself and all others similarly situated,<br><br>    *Plaintiff,*<br>v.<br><br>Margaret Spellings, in her official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America,<br><br>    *Defendants.* | Civil No. 1:07-cv-00522 (EGS)<br><br>CLASS ACTION |

## PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Plaintiff, by and through her undersigned attorney and pursuant to LCvR 83.2(c)(1), hereby moves this Court to admit Daniel C. Bryden of Sprenger & Lang, PLLC, 310 Fourth Avenue South, Suite 600, Minneapolis, MN 55415 to appear and participate in this pending action on behalf of herself and class she seeks to represent, *pro hac vice*. The grounds for the motion are set forth in the accompanying memorandum.

Dated: April 5, 2007

                   Respectfully submitted,

                   _____
                   Steven M. Sprenger (DC No. 418736)
                   SPRENGER & LANG, PLLC
                   1400 Eye Street, N.W.
                   Suite 500
                   Washington, DC 20005
                   (202) 265-8010
                   (202) 332-6652 (facsimile)

                   *Attorney for Plaintiff and the Class*

73258

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer, <br><br> On behalf of herself and all others similarly situated, <br><br> *Plaintiff,* <br> v. <br><br> Margaret Spellings, in her official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America, <br><br> *Defendants.* | Civil No. 1:07-cv-00522 (EGS) <br><br> CLASS ACTION |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF THEIR MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Plaintiff, by and through her undersigned attorney, submits this memorandum in support of her motion to admit Daniel C. Bryden of Sprenger & Lang, PLLC to appear and participate in this pending action on behalf of herself and the class she seeks to represent, *pro hac vice*.

Rule 83.2(c)(1) of the Rules of this Court provides, in relevant part:

An attorney who is a member in good standing of the bar of any United States Court or of the highest court of any State, but who is not a member of the Bar of this Court, may file papers in this Court only if such attorney joins of record a member in good standing of the Bar of this Court.

All requirements have been met by the attorney, as set forth below.

Daniel C. Bryden is an attorney practicing law with the firm of Sprenger & Lang, PLLC, 310 Fourth Avenue South, Suite 600, Minneapolis, MN 55415 (612-871-8910). He is not a member of the Bar of this Court, but is a member in good standing of the Bar of United States District Court for the District of Minnesota as well as the Minnesota Supreme Court.

73259

The above-identified out-of-state attorney has joined Steven M. Sprenger of the law firm of Sprenger & Lang, PLLC, who is a member in good standing of the Bar of this Court, since the initiation of this lawsuit, and intends to continue to remain so throughout the litigation of this case. In the event that papers are submitted by the above-identified out-of-state attorney, they will also be signed by Steven M. Sprenger in compliance with LCvR 83.2(c)(1).

Dated: April 5, 2007

    Respectfully submitted,

    Steven M. Sprenger (DC No. 418736)
    SPRENGER & LANG, PLLC
    1400 Eye Street, N.W., Suite 500
    Washington, DC 20005
    (202) 265-8010
    (202) 332-6652 (facsimile)

    *Attorney for Plaintiff and the Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer, <br><br> On behalf of herself and all others similarly situated, <br><br> *Plaintiff*, <br> v. <br><br> Margaret Spellings, in her official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America, <br><br> *Defendants*. | Civil No. 1:07-cv-00522 (EGS) <br><br> CLASS ACTION |

**DECLARATION OF DANIEL C. BRYDEN IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Daniel C. Bryden, make this declaration in support of Plaintiff's Motion to Admit Counsel *Pro Hac Vice,* from my personal knowledge, to which I could testify if called to do so and declare that,

1. I am an attorney practicing law with the law firm of Sprenger & Lang, PLLC. My office resides at 310 Fourth Avenue South, Suite 600, Minneapolis, MN 55415. My telephone number is (612) 871-8910.

2. I am a member in good standing of the Bar of the United States District Court for the District of Minnesota, the Eighth Circuit United States Court of Appeals, and the Minnesota Supreme Court.

3. I certify that I have not been disciplined by or the subject of any investigations by any bar.

4. I have not sought to be admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

73260

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated this ___9th___ day of March, 2007 at Minneapolis, Minnesota.

_____
DANIEL C. BRYDEN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer, )<br>)<br>On behalf of herself and all others similarly )<br>situated, )<br>)<br>*Plaintiff*, )<br>v. )<br>)<br>Margaret Spellings, in her official capacity as )<br>United States Secretary of Education, the United )<br>States Department of Education, and the United )<br>States of America, )<br>)<br>*Defendants*. ) | Civil No. 1:07-cv-00522 (EGS)<br><br>CLASS ACTION |

### **(PROPOSED) ORDER**

The Court, having considered Plaintiff's Motion and Memorandum in Support of Their Motion to Admit Counsel *Pro Hac Vice*, and in support of the Declaration of Daniel C. Bryden in Support of Motion to Admit Counsel,

IT IS HEREBY ORDERED THAT Plaintiff's motion is GRANTED.

Dated: _____        _____
                                                                                 The Honorable Emmet G. Sullivan
                                                                                 The United States District Judge

cc: The Honorable Margaret Spellings
    U.S. Secretary of Education
    U.S. Department of Education
    400 Maryland Ave., S.W., Rm. 7W301
    Washington, D.C. 20202

    Kent D. Talbert
    General Counsel
    U.S. Department of Education
    Office of General Counsel
    400 Maryland Ave., S.W., Rm. 6E 300
    Washington, D.C. 20202-2110

    The Honorable Alberto R. Gonzales
    Attorney General for the United States
    U. S. Department of Justice
    950 Pennsylvania Ave., N.W.
    Rm. B-103
    Washington, D.C. 20530-0001

    Paul J. McNulty
    Deputy Attorney General for the United States
    U.S. Department of Justice
    950 Pennsylvania Ave., N.W.
    Rm. B-103
    Washington, D.C. 20530-0001

    Jeffrey A. Taylor
    U.S. Attorney for the District of Columbia
    U.S. Attorney's Office
    555 4th Street, N.W.
    Washington, D.C. 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer, ) | |
| ) | |
| On behalf of herself and all others similarly ) | |
| situated, ) | Civil No.: 1:07-cv-00522 (EGS) |
| ) | |
| *Plaintiff,* ) | |
| v. ) | CLASS ACTION |
| ) | |
| Margaret Spellings, in her official capacity as ) | |
| United States Secretary of Education, the United ) | |
| States Department of Education, and the United ) | |
| States of America, ) | |
| ) | |
| *Defendants.* ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April, 2007, I caused the following:

-Affidavit of Service of K. Christine Miller (The Honorable Margaret Spelling – U.S. Department of Education);

-Affidavit of Service of K. Christine Miller (The Honorable Alberto R. Gonzales, and Paul J. McNulty – U.S. Department of Justice);

-Affidavit of Service of K. Christine Miller (Kent D. Talbert, General Counsel – U.S. U.S. Department of Education);

-Return of Service of Travis Will (Jeffrey A. Taylor, U.S. Attorney for the District of Columbia);

-Plaintiff's Motion to Admit Counsel *Pro Hac Vice*;

-Plaintiff's Memorandum in Support of Their Motion to Admit Counsel *Pro Hac Vice* and Declaration of Daniel C. Bryden in Support of Motion to Admit Counsel *Pro Hac Vice*, and

-Proposed Order,

to be served by U.S. Mail, first-class, postage paid on:

2019327

The Honorable Margaret Spellings
U.S. Secretary of Education
U.S. Department of Education
400 Maryland Ave., S.W., Rm. 7W301
Washington, D.C. 20202

Kent D. Talbert
General Counsel
U.S. Department of Education
Office of General Counsel
400 Maryland Ave., S.W., Rm. 6E 300
Washington, D.C. 20202-2110

The Honorable Alberto R. Gonzales
Attorney General for the United States
U. S. Department of Justice
950 Pennsylvania Ave., N.W.
Rm. B-103
Washington, D.C. 20530-0001

Paul J. McNulty
Deputy Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Rm. B-103
Washington, D.C. 20530-0001

Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

    Respectfully submitted,

    _____
    Steven M. Sprenger (DC No. 418736)
    SPRENGER & LANG, PLLC
    1400 Eye Street, N.W.
    Suite 500
    Washington, DC 20005
    (202) 265-8010
    (202) 332-6652 (Facsimile)

2019327

Daniel C. Bryden (MN No.302284)*
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (facsimile)

*Attorneys for Plaintiff and the Class*

\**Pro Hac Vice* Application Submitted

2019327