AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of Columbia

Brenda Kay Pfeiffer, On behalf of herself and all
others similarly situated

V.

Margaret Spellings, in her official capacity as United States
Secretary of Education, the United States Department of
Education, and the United States of America

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-00522
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/19/2007
Description: PFEIFFER v. SPELLINGS

TO: (Name and address of Defendant)

Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Steven M. Sprenger<br>SPRENGER + LANG, PLLC<br>1400 Eye Street N.W., Suite 500<br>Washington D.C. 20010<br><br>Daniel C. Bryden (MN No. 302284)<br>SPRENGER + LANG, PLLC<br>310 Fourth Avenue S<br>Minneapolis, MN 55415 | Richard J. Fuller (MN No. 32669)<br>Richard J. Fuller, Attorney at Law<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 | Lawrence P. Schaefer (MN No. 195583)<br>Law Office of Lawrence P. Schaefer<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 |

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         MAR 1 9 2007
CLERK                                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | March 20, 2007, 11:54 A.M. EST |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Travis Will | Courier #177 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Jeffrey A. Taylor, U.S. Attorney for the District of Columbia, U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I am not a party or otherwise interested in this lawsuit. I am over 18 years of age. I am a messenger. On Tuesday, March 20, 2007, I hand-delivered an envelope to the location for the addressee stated above. A copy of my manifest, confirming the delivery of this envelope is attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 27, 2007              *[signature]*
                     Date                    Signature of Server

Washington Courier
5520 Cherokee Ave. Suite 120
Alexandria, VA 22312
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FROM :WASHINGTON COURIER          FAX NO. :7039783618          Mar. 27 2007 10:28AM  P1

ATTACHMENT

*Pfeiffer v. Spellings, et al.*
C. A. 1:07-cv-00522 (EGS)



www.washingtoncourier.com
Serving the Washington Business Community
since 1993

To: Mrs Miller            From: Tinesha
Fax: 202-332-6052         Pages: 2
Phone: 202-205-3010       Date: March 27 2007
Re: manifest             CC:

Comments:



FROM : WASHINGTON COURIER          FAX NO. : 7039783618          Mar. 27 2007 10:28AM  P2

1547 box 15m

# WASHINGTON COURIER INC.
## INDEPENDENT CONTRACTOR MANIFEST

| Courier # | Courier Name | Date | Day |
|---|---|---|---|
| 177 | Will | 3/20 | |

| Ticket # | Origin | Destination | Boxes | Wait Min | Time of Delivery | # | Signature (Legible) |
|---|---|---|---|---|---|---|---|
| 543 | 1133 15th 100 | 1775 K 100 | | | 9.22 | 1 | Moore |
| 734 | 1400 eye 1100 | 1225 14th 320 | | | 9.36 | 2 | H. Henn (shin) |
| 771 | | 48 | | | 10:54 | 3 | |
| 808 | 1909 K 400 | 555 11th 1000 | | | 11:47 | 4 | G. Thomas |
| 873 | 1400 eye 500 | 555 4th | | | 11:54 | 5 | bright |
| 876 | 400 7th sw | 1025 conn 1200 | | 10 | 12:27 | 6 | Miller |
| 917 | 2720 r | 1300 19th 600 | | | 1:48 | 7 | RL (love) |
| 940 | | 615 L 89 | | | 2:12 | 8 | N Kalen |
| 996 | 1050 conn 400 | 333 constitution (m) | | 5 | 2:29 | 9 | Jones |
| 990 | 2900 F | 555 11th 725 | | | 4:07 | 10 | |
| | | | | | | 11 | |
| | | | | | | 12 | |
| | | | | | | 13 | |
| | | | | | | 14 | |
| | | | | | | 15 | |
| | | | | | | 16 | |
| | | | | | | 17 | |
| | | | | | | 18 | |
| | | | | | | 19 | |
| | | | | | | 20 | |
| | | | | | | 21 | |
| | | | | | | 22 | |
| | | | | | | 23 | |
| | | | | | | 24 | |

Office #'s (703) 978-0552
All couriers are contracted from National Independent Contractors Association    Boston, MA