IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRENDA KAY PFEIFFER, et al.,**     )<br>     )<br>     **Plaintiffs,**     )<br>     )<br>     v.     )<br>     )<br>**MARGARET SPELLINGS, Secretary of Education,**   )<br>**et al.,**     )<br>     )<br>     **Defendants.**     )<br>_____) | Case No. 1:07-cv-00522<br>(Judge Sullivan) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John Warshawsky as attorney of record for all defendants in this matter. Mr. Warshawsky's D.C. Bar number, address, telephone numbers, and e-mail address are as follows:

   John Warshawsky (D.C. Bar No. 417170)
   Senior Trial Counsel
   United States Department of Justice
   Civil Division, Commercial Litigation Branch
   1100 L Street, N.W., Room 10030
   Washington, D.C.  20530 (Overnight Zip Code: 20005)
   Telephone: (202) 307-0010
   Facsimile: (202) 514-9163
   E-mail: john.warshawsky@usdoj.gov

            Respectfully submitted,

            PETER D. KEISLER
            Assistant Attorney General

            MICHAEL F. HERTZ
            Deputy Assistant Attorney General

        J. CHRISTOPHER KOHN
        Director


        /s/ John Warshawsky
        JOHN WARSHAWSKY (D.C. Bar No. 417170)
        Senior Trial Counsel
        United States Department of Justice
        Civil Division, Commercial Litigation Branch
        1100 L Street, N.W., Room 10030
        Washington, D.C.  20530 (Overnight Zip Code: 20005)
        Telephone: (202) 307-0010
        Facsimile: (202) 514-9163
        E-mail: john.warshawsky@usdoj.gov

April 18, 2007

<u>Certificate of Service</u>

    I hereby certify that on April 18, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically with the Court's Electronic Case Filing ("ECF") system. I understand that notice of this filing will be sent to all parties by operation of the Court's ECF system.

                                                    /s/ John Warshawsky