IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA KAY PFEIFFER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, Secretary of Education, )<br>    et al., )<br>)<br>    Defendants. )<br>) | Case No. 1:07-cv-00522<br>(Judge Sullivan) |

DEFENDANTS' MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7, Defendants respectfully move this Court for an Order granting an enlargement of time of seventeen (17) days, until June 8, 2007, to respond to the Complaint. Pursuant to Local Civil Rule 7(m), the undersigned Defendants' counsel attempted to confer with Plaintiff's counsel on May 15, 2007, and left voicemails with counsel in Washington, D.C. and Minneapolis, Minnesota.[1] As of the filing of this motion, the undersigned counsel has not received a return call from Plaintiff's counsel, however, and cannot advise the Court of Plaintiff's position regarding this motion. In support of this motion, Defendants state the following:

Defendants' counsel has been and continues to be in the process of receiving and reviewing information from the Department of Education necessary to prepare a response to the Complaint, but additional time is required to address some of the Complaint's allegations, which date back to 1997. In addition, Defendants' counsel is one of the principal trial attorneys

---

[1] The voicemails were left with Mr. Sprenger in Washington, D.C., and Mr. Bryden in Minneapolis, Minnesota.

representing the Government in Cobell v. Kempthorne, Case No. 1:96CV01285, pending before Judge Robertson, and this matter was the subject of a hearing on May 14, 2007. Defendants' counsel was required to devote substantially all of his time during the past two weeks to drafting briefs in the Cobell matter and preparing for an oral argument with regard to one of the matters addressed during the Cobell hearing. Defendants' counsel currently anticipates being able to respond to the allegations in the Complaint in this matter by June 8, 2007.

For the foregoing reasons, Defendants respectfully request that this Court grant an enlargement of time of seventeen (17) days, until June 8, 2007, for Defendants to respond to the Complaint.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    J. CHRISTOPHER KOHN
    Director

    ROBERT E. KIRSCHMAN, JR.
    Deputy Director

    /s/ John Warshawsky
    _____
    JOHN WARSHAWSKY (D.C. Bar No. 417170)
    Senior Trial Counsel
    Commercial Litigation Branch
    Civil Division
    P.O. Box 875
    Ben Franklin Station
    Washington, D.C. 20044-0875
    Telephone: (202) 307-0010
    Facsimile: (202) 514-9163

May 15, 2007

<u>Certificate of Service by ECF</u>

     I hereby certify that, on May 15, 2007, the foregoing "DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT" was filed electronically in the Court's Electronic Case Filing ("ECF") system. I understand that notice of this filing will be sent to all counsel by operation of the Court's ECF system and that parties may access this filing through the Court's system.

     /s/ John Warshawsky
     _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA KAY PFEIFFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00522 |
| ) | (Judge Sullivan) |
| MARGARET SPELLINGS, Secretary of Education, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on *Defendants' Motion for an Enlargement of Time to Respond to Complaint.* [_____] Upon consideration of the Motion, Plaintiff's Response, and any Reply thereto, and the entire record of this case, it is hereby

ORDERED that the Motion is, GRANTED.

It is FURTHER ORDERED that Defendants' response to the Complaint shall be due on June 8, 2007.

SO ORDERED

_____
Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE

Date:_____

cc:

Steven M. Sprenger, Esq.
Sprenger & Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, D.C.  20005
Facsimile: (202) 332-6652
E-mail: ssprenger@sprengerlang.com

John Warshawsky, Esq.
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W., Room 10030
Washington, D.C.  20530
Facsimile: (202) 514-9163
E-mail: john.warshawsky@usdoj.gov