IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA KAY PFEIFFER, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Civil No. 1:07-cv-00522 (Judge Sullivan) |
| v. ) ) | |
| MARGARET SPELLINGS, Secretary of Education, et. al., ) ) ) | |
| Defendants. ) ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Plaintiff does not oppose Defendants' Motion for an Enlargement of Time to Respond to Complaint, wherein Defendants request an extension of time to respond to the Complaint up through and including June 8, 2007.

Plaintiff will, however, oppose any additional motions to extend the time to respond to the Complaint.

This 16th day of May, 2007.

Respectfully submitted,

/s/ Steven M. Sprenger
Steven M. Sprenger (DC No. 418736)
SPRENGER & LANG, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005
Telephone: (202) 265-8010
Facsimile: (202) 332-6652

Dan Bryden (MN No.302284)*
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55403
Telephone: (612) 871-8910
Facsimile: (612) 871-9270

*ATTORNEYS FOR PLAINTIFF
AND THE CLASS*

\*      Admitted *Pro Hac Vice*


*Attorney for Plaintiff and the Class*

2

<u>Certificate of Service by ECF</u>

I hereby certify that, on May 16th, 2007, the foregoing "PLAINTIFF'S RESPONSE TO MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT" was filed electronically in the Court's Electronic Filing ("ECF") system. I understand that notice of this filing will be sent to all counsel by operation of the Court's ECF system and that parties may access this filing through the court's system.

<u>/s/ Steven M. Sprenger</u>