IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA KAY PFEIFFER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, Secretary of Education, )<br>et al., )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-00522<br>(Judge Sullivan) |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
### TO FILE CERTIFICATE OF SERVICE FOR ANSWER

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7, Defendants respectfully move this Court for leave to file the Certificate of Service for the Answer filed in this matter. Answer (May 30, 2007) (Dkt. No. 10). Pursuant to Local Civil Rule 7(m), the undersigned Defendants' counsel conferred with Plaintiff's counsel on May 30, 2007, and Plaintiff's counsel stated that this motion is unopposed. In support of this motion, Defendants state the following:

Defendants' counsel filed the Answer to Plaintiff's Complaint this morning, and in so doing, he inadvertently failed to include a Certificate of Service. The omission of the Certificate of Service was an unintentional oversight, which Defendants seek to correct by this motion. The Certificate of Service is attached hereto as Exhibit I. Plaintiff will suffer no prejudice in the event the Court grants this unopposed motion.

For the foregoing reasons, Defendants respectfully request that this Court grant this unopposed motion for leave to file the Certificate of Service for the Answer to the Complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

J. CHRISTOPHER KOHN
Director

ROBERT E. KIRSCHMAN, JR.
Deputy Director


/s/ John Warshawsky
_____
JOHN WARSHAWSKY (D.C. Bar No. 417170)
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 307-0010
Facsimile: (202) 514-9163

May 30, 2007

<u>Certificate of Service by ECF</u>

I hereby certify that, on May 30, 2007, the foregoing "DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE CERTIFICATE OF SERVICE FOR ANSWER" was filed electronically in the Court's Electronic Case Filing ("ECF") system.  I understand that notice of this filing will be sent to all counsel by operation of the Court's ECF system and that parties may access this filing through the Court's system.

/s/ John Warshawsky
_____

Certificate of Service by ECF

I hereby certify that, on May 30, 2007, the foregoing "DEFENDANTS' ANSWER" was filed electronically in the Court's Electronic Case Filing ("ECF") system. I understand that notice of this filing will be sent to all counsel by operation of the Court's ECF system and that parties may access this filing through the Court's system.

/s/ John Warshawsky
_____

Exhibit I-Defendants' Unopposed Motion to File Certificate of Service for Answer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA KAY PFEIFFER,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS, Secretary of Education,<br>    et al.,<br><br>    Defendants. | Case No. 1:07-cv-00522<br>(Judge Sullivan) |

**ORDER**

This matter comes before the Court on *Defendants' Unopposed Motion for Leave to File Certificate of Service for Answer.* [_____] Upon consideration of the Motion, Plaintiff's Response, and any Reply thereto, and the entire record of this case, it is hereby

ORDERED that the Motion is, GRANTED.

It is FURTHER ORDERED that the Certificate of Service attached to Defendants' Unopposed Motion shall be filed and considered a part of the Answer (Dkt. No. 10).

SO ORDERED

                                                                                    _____
                                                                                   Emmet G. Sullivan
                                                                                    UNITED STATES DISTRICT JUDGE

Date:_____

cc:

Steven M. Sprenger, Esq.
Sprenger & Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, D.C. 20005
Facsimile: (202) 332-6652
E-mail: ssprenger@sprengerlang.com

John Warshawsky, Esq.
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W., Room 10030
Washington, D.C. 20530
Facsimile: (202) 514-9163
E-mail: john.warshawsky@usdoj.gov