IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer, <br><br> On behalf of herself and all others similarly situated, <br><br> *Plaintiff,* <br> v. <br><br> Margaret Spellings, in her official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America, <br><br> *Defendants.* | Case No. 1:07-cv-00522(EGS) <br><br> CLASS ACTION |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF TIME AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiff Brenda Kay Pfeiffer, by and through her counsel, hereby moves the Court for an order extending the time for the parties to meet and confer pursuant to LCvR 16.3 and Fed. R. Civ. P. 26(f), and to file their report. In support of her motion, Plaintiff states as follows:

1.   On May 30, 2007, counsel for the parties spoke by telephone and scheduled their initial planning meeting for June 26, 2007.

2.   On May 31, 2007, counsel for the parties received the Court's Order requiring them to hold their initial planning meeting no later than June 22, 2007 and submit their report no later than June 29, 2007.

3.   Upon receipt of the Court's Order, counsel for the parties conferred by telephone and determined that they are unable to comply with the Court's Order due to scheduling conflicts. Specifically, defendant's lead counsel, John Warshawsky, has

substantial briefing due prior to and arguments scheduled for a June 18th hearing in <u>Cobell v. Kempthorne</u>, No. 1:96cv01285, pending before Judge Robertson. The briefing schedule and hearing date are reflected in a Minute Entry in the <u>Cobell</u> docket entered May 14, 2007. In addition, plaintiff's lead counsel, Steve Sprenger, has a long-planned family vacation scheduled for the week of June 18th. Accordingly, lead counsel for the parties are not able to meet until the week of June 25th and, indeed, have already agreed to meet on June 26th.

    4.    Defendant does not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant her motion and enter her proposed order extending the dates for the parties to hold their initial planning meeting and submit their report by seven days.

This 31st day of May, 2007.

    Respectfully submitted,

/s/ Steven M. Sprenger
Steven M. Sprenger (DC No. 418736)
SPRENGER & LANG, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, DC 20005
(202) 265-8010
(202) 332-6652 Fax

Dan Bryden (Pro Hac Vice)
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55403
(612) 871-8910

*ATTORNEYS FOR PLAINTIFF*
*AND THE CLASS*

Certificate of Service by ECF

I hereby certify that, on May 31st, 2007, the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND MEMORANDUM IN SUPPORT THEREOF" was filed electronically in the Court's Electronic Filing ("ECF") system. I understand that notice of this filing will be sent to all counsel by operation of the Court's ECF system and that parties may access this filing through the court's system.

/s/ Steven M. Sprenger

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer, )<br>)<br>On behalf of herself and all others similarly )<br>situated, )<br>) <br>*Plaintiff,* )<br>v. )<br>)<br>Margaret Spellings, in her official capacity as )<br>United States Secretary of Education, the United )<br>States Department of Education, and the United )<br>States of America, )<br>)<br>)<br>*Defendants.* ) | Civil No. 1:07-cv-00522 (EGS)<br><br>CLASS ACTION |

## ORDER

This matter comes before the Court on *Plaintiff's Unopposed Motion for an Extension of Time*. Upon consideration of the Motion, and the entire record of this case, it is hereby

ORDERED that the Motion is, GRANTED.

It is FURTHER ORDERED that the date for counsel confer in accordance with LCvR 16.3 and Fed. R. Civ. P. 26(f) is extended from June 22, 2007 to June 29, 2007, and the date for counsel to submit their report addressing all topics in LCvR 16.3(c) is extended from June 29, 2007 to July 6, 2007.

SO ORDERED.

Dated: _____       _____
                                                                                                The Honorable Emmet G. Sullivan
                                                                                                United States District Judge

cc:

John Warshawsky
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W., Room 10030
Washington, D.C. 20530
Telephone: (202) 307-0010
Facsimile: (202) 514-9163
E-mail: john.warshawsky@usdoj.gov

Steven M. Sprenger
Sprenger & Lang, PLLC
1400 Eye Street N.W.
Suite 500
Washington, DC 20005
Telephone: 202/772-1160
Facsimile: 202/332-6652
E-mail: ssprenger@sprengerlang.com