IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Brenda Kay Pfeiffer, on behalf of herself and all others similarly situated, | ) ) | Court File No. 01:07-cv-00522 [Judge Sullivan] |
| *Plaintiff,* | ) ) | **PLAINTIFF'S UNOPPOSED MOTION** |
| vs. | ) | **TO EXTEND DEADLINE TO MOVE** |
| | ) | **FOR CLASS CERTIFICATION** |
| Margaret Spellings, in her official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America, | ) ) ) ) | |
| *Defendant.* | ) | [Class Action] |

Plaintiff, by and through counsel, respectfully moves the Court to extend the Local Rule 23.1(b) deadline to file her motion for class certification. Plaintiff requests that the Court set the deadline after consideration of the parties' Rule 26(f) Report, which will be submitted on or before June 29, 2007. In their forthcoming Rule 26(f) Report, the parties intend to jointly propose a deadline or present their separate positions regarding an appropriate date for the filing of plaintiff's motion for class certification.

Defendants do not oppose the relief requested in this motion, but reserve the right to argue that the deadline for plaintiff's motion for class certification should be set after the resolution of motions for summary judgment.

The grounds for the motion are set forth in the accompanying memorandum.

WHEREFORE, Plaintiff respectfully requests that the Court to extend the Local Rule 23.1(b) deadline to file her motion for class certification and set a new deadline after consideration of the parties' Rule 26(f) Report.

DATED:  June 11, 2007

Respectfully submitted,

SPRENGER & LANG, PLLC


   /s/  Steven M. Sprenger
Steven M. Sprenger (DC Bar No. 418736)
1400 Eye Street, N.W.
Suite 500
Washington, DC 20005
(202) 265-8010
(202) 332-6652 Fax

Dan Bryden (*Pro hac vice*)
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55403
(612) 871-8910

*Attorneys for Plaintiff and the Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Brenda Kay Pfeiffer, on behalf of herself and all others similarly situated, | ) ) | Court File No. 01:07-cv-00522 [Judge Sullivan] |
| *Plaintiff,* | ) ) | **PLAINTIFF'S MEMORANDUM IN** |
| vs. | ) ) | **SUPPORT OF HER UNOPPOSED MOTION TO EXTEND DEADLINE TO** |
| Margaret Spellings, in her official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America, | ) ) ) ) | **MOVE FOR CLASS CERTIFICATION** |
| *Defendants.* | ) | [Class Action] |

In this action, Plaintiff Brenda Pfeiffer, a student loan borrower, alleges that the government lender defendants improperly capitalized interest that was not yet due on her student loan. Plaintiff claims such interest capitalization breached the terms of the Department of Education's form promissory note that evidences her student loan. Plaintiff alleges a class of similarly situated student loan borrowers and seeks to represent that class.

Pursuant to Local Rule 23.1(b), a plaintiff is required to bring a motion for class certification within 90 days of filing a class complaint "unless the Court in its exercise of discretion has extended the period." The Complaint in this action was filed on March 19, 2007; 90 days after March 19, 2007 is June 18, 2007.

On May 30, 2007, Defendants answered the Complaint. While Defendants admitted many of the factual allegations set forth in the Complaint, Defendants denied the class allegations and deny that class certification is appropriate.

Plaintiff respectfully requests that the Court extend the deadline for her to file her motion for class certification under Local Rule 23.1(b) and set a new deadline after consideration of the parties' Rule 26(f) Report, which is now due June 29, 2007. At their upcoming Rule 26(f)

meeting, counsel for the parties intend to discuss what discovery will be necessary to determine if a class of similarly situated borrowers exists and how long it will take to conduct that discovery. The parties will also discuss whether motions for judgment on the pleadings or motions summary judgment after limited discovery should precede a class certification motion. The parties' Rule 26(f) Report will provide the Court with their recommendation(s) as to when the class certification motion should be due in this case. Accordingly, the Court should extend the deadline and set a new deadline for class certification briefing when it issues its scheduling order.

Defendants do not oppose the relief requested in this Motion.

DATED: June 11, 2007

Respectfully submitted,

SPRENGER & LANG, PLLC

_____/s/ Steven M. Sprenger_____
Steven M. Sprenger (DC Bar No. 418736)
1400 Eye Street, N.W.
Suite 500
Washington, DC 20005
(202) 265-8010
(202)332-6652 Fax

Dan Bryden (*Pro hac vice*)
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55403
(612) 871-8910

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Brenda Kay Pfeiffer, on behalf of herself and all others similarly situated, | ) ) ) | Court File No. 01:07-cv-00522 [Judge Sullivan] |
| *Plaintiff,* | ) ) | **[PROPOSED] ORDER** |
| vs. | ) ) | |
| Margaret Spellings, in her official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America, | ) ) ) ) ) | [Class Action] |
| *Defendants.* | ) | |

In consideration of Plaintiff's Unopposed Motion to Extend Deadline to Move for Class Certification, the supporting memorandum, and the lack of opposition to the motion, and based on the record in this case,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED,

AND IT IS FURTHER ORDERED that the parties shall advise the Court concerning their joint or separate positions with respect to the filing deadline for Plaintiff's motion for class certification in their Rule 26(f) Report.


Dated: _____          _____

                                                        Emmet G. Sullivan
                                                        United States District Judge

**Copies to:**

Steven M. Sprenger, Esq.                Daniel C. Bryden, Esq.
SPRENGER & LANG, PLLC                SPRENGER & LANG, PLLC
1400 Eye Street, NW                      310 Fourth Avenue, South
Suite 500                                Suite 600
Washington, DC  20005                    Minneapolis, MN  55415
Telephone: 202-265-8010                  Telephone:  612-871-8910
Email: ssprengerlang@sprengerlang.com    Email: dbryden@sprengerlang.com

*Attorneys for Plaintiff and the class*

John Warshawsky
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 10030
Washington, DC 20044-0875
(202)307-0010
Email: john.warshawsky@usdoj.gov

*Attorney for Defendants*

2019959                                  2