IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer,<br><br>On behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>Margaret Spellings, in her official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America,<br><br>*Defendants*. | Case No. 1:07-cv-00522 (EGS)<br><br>CLASS ACTION |

**PLAINTIFF'S PROPOSED DISCOVERY PLAN**

Plaintiff Brenda Kay Pfeiffer, by and through her attorneys and pursuant to the Court's Minute Order dated August 17, 2007, hereby submits her proposed plan for reasonable limited discovery to be conducted prior to motions for class certification and summary judgment.

I.  **Interrogatories**.

Plaintiff proposes to serve the following interrogatories which seek evidence relevant to the appropriate scope of the proposed class and/or the legal criteria for class certification, or may lead to the discovery of evidence relevant to those matters:

Interrogatory No. 1:  State whether the interest capitalization practices complained of by Dr. Pfeiffer are limited to the Income Contingent Repayment Plan for the Federal Direct Consolidated Loan Program.  If your answer is "no," identify all other student loan programs and/or repayment plans for which interest is capitalized in the same or substantially similar manner as complained of by Dr. Pfeiffer.

2020568

Interrogatory No. 2: State the approximate number of borrowers during the liability period (i.e., between March 19, 2001 and the present) whose loans have been subject to the same or substantially similar interest capitalization practices complained of by Dr. Pfeiffer.

Interrogatory No. 3: State the approximate total dollar amount of interest capitalized by you during the liability period to the principal balances of borrowers pursuant to the interest capitalization practices complained of by Dr. Pfeiffer.

Interrogatory No. 4: Identify all documents made available by you to student loan borrowers or potential student loan borrowers that refer to the manner and method in which you capitalize interest on loans issued under the program(s) and subject to the repayment plan(s) identified in your answer to Interrogatory No. 1.

Interrogatory No. 5: Identify all documents that reflect written or verbal communications among or between you, your agents and/or employees with respect to the manner and method by which you capitalize interest on loans issued under the program(s) and subject to the repayment plan(s) identified in your answer to Interrogatory No. 1.

Interrogatory No. 6: State whether all borrowers whose loans have been subject to the same interest capitalization practices complained of by Dr. Pfeiffer have executed a form promissory note containing the same or substantially similar language concerning interest capitalization as the notes executed by Dr. Pfeiffer. If your answer is "no," identify by OMB No. or otherwise the form promissory note(s) executed by other borrowers and explain how the interest capitalization provision(s) of such note(s) differ from the provision contained in Dr. Pfeiffer's notes.

Interrogatory No. 7: State whether there is a uniform monthly payment date for all borrowers with loans issued under the Federal Direct Consolidated Loan Program and subject to the Income Contingent Repayment Plan and, if so, provide the date of the month.

Interrogatory No. 8: State whether there is a uniform monthly payment date for each other specific loan program and repayment plan identified in your answer to Interrogatory No. 1 and, if so, provide the date of the month for each.

Interrogatory No. 9: State the approximate date on which you began the interest capitalization practices complained of by Dr. Pfeiffer.

Interrogatory No. 10: Identify all individuals involved in creating and implementing the interest capitalization practices complained of by Dr. Pfeiffer and briefly state each individual's role.

Interrogatory No. 11: Identify all individuals involved in drafting the form promissory note executed by Dr. Pfeiffer and any other form notes identified in your answer to Interrogatory No. 6 and briefly state each individual's role.

Plaintiff further proposes to serve the following interrogatories which seek evidence relevant to the parties' anticipated cross-motion for summary judgment or which may lead to the discovery of such evidence.

Interrogatory No. 12: Identify the individual(s), including their employer(s), involved in creating the computer program that calculates interest capitalization for loans issued under the program(s) and subject to the repayment plan(s) identified in your answer to Interrogatory No. 1.

Interrogatory No. 13: Identify all documents that reflect or relate to

3

communications between defendant(s), on the one hand, and the individuals and/or entities identified in your answer to Interrogatory No. 12, on the other hand, that address computer programming for interest capitalization on loans issued under the program(s) and subject to the repayment plan(s) identified in your answer to Interrogatory No. 1.

Interrogatory No. 14: Provide a complete payment history on Dr. Pfeiffer's loan for the period November 2001 to the present including (a) the date of each payment made by Dr. Pfeiffer was received; (b) the amount of each payment; (c) the amount of each payment applied to (i) accrued interest and (ii) principal balance; and (d) the outstanding principal balance on Dr. Pfeiffer's loan after each payment.

II.     Document Requests.

Plaintiff proposes to serve the following document requests which seeks evidence relevant to the appropriate scope of the proposed class and/or the legal criteria for class certification, or may lead to the discovery of evidence relevant to those matters:

Document Request No. 1: All documents identified in your answers to Interrogatory Nos. 4, 5, and 6.

Document Request No. 2: All documents that you contend support defendants' position that the proposed class as defined in the complaint should not be certified pursuant to Fed. R. Civ. P. 23(b)(2) and (b)(3).

Plaintiff further proposes to serve the following document requests which seek evidence relevant to the parties' anticipated cross-motion for summary judgment or which may lead to the discovery of such evidence.

Document Request No. 3: All documents which you contend support defendants' position that the interest capitalization practices complained of by Dr.

4

Pfeiffer do not constitute a breach of the promissory note.

Document Request No. 4: All provisions of the Higher Education Act of 1965, as amended, 20 U.S.C. 1070 *et seq.*, and all other federal statutes and regulations which you contend are relevant to the interpretation of the subject form promissory note.

Document Request No. 5: All documents reflecting comments and the consideration or discussion of comments made in connection with rulemaking with respect to your interest capitalization practices and/or the form of promissory note used by you in connection with the program(s) and repayment plan(s) identified in your answer to Interrogatory No. 1.

Document Request No. 6: All documents identified in your answer to Interrogatory No. 13.

**III.    Depositions**.

If necessary, plaintiff may seek to take up to a limited number depositions (most likely, Rule 30(b)(6) depositions) to follow up on and/or clarify defendants' interrogatory answers, and/or to authenticate and/or gain an understanding of the significance of documents produced by defendants.

This 24th day of August, 2007.

                              Respectfully submitted,


                              /s/  Steven M. Sprenger
                              Steven M. Sprenger (DC No. 418736)
                              SPRENGER & LANG, PLLC
                              1400 Eye Street, N.W.
                              Suite 500
                              Washington, DC 20005
                              (202) 265-8010
                              (202) 332-6652 Fax

2020568

Dan Bryden (MN No. 302284 – *Pro Hac Vice*)
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55403
(612) 871-8910

*ATTORNEYS FOR PLAINTIFF
AND THE CLASS*