IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA KAY PFEIFFER,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS, Secretary of Education, et al.,<br><br>    Defendants. | Case No. 1:07-cv-00522<br>(Judge Sullivan) |

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
PROPOSED ORDER FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7, Defendants respectfully move this Court for leave to file a proposed Order for Defendants' Motion for Summary Judgment (Docket No. 22). Pursuant to Local Civil Rule 7(m), the undersigned Defendants' counsel conferred with Plaintiff's counsel on January 31, 2008, and Plaintiff's counsel stated that this motion is unopposed. In support of this motion, Defendants state the following:

Defendants' counsel filed the Motion for Summary Judgment earlier this afternoon, but in so doing, inadvertently failed to include a proposed Order. The omission of the proposed Order was an unintentional oversight, which Defendants seek to correct by this motion. The proposed Order is attached hereto as Exhibit I. Plaintiff will suffer no prejudice in the event the Court grants this unopposed motion.

For the foregoing reasons, Defendants respectfully request that this Court grant this unopposed motion for leave to file the attached proposed Order for Defendants' Motion for Summary Judgment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

J. CHRISTOPHER KOHN
Director

ROBERT E. KIRSCHMAN, JR.
Deputy Director


/s/ John Warshawsky
_____
JOHN WARSHAWSKY (D.C. Bar No. 417170)
Senior Trial Counsel
CHRISTIAN J. GROSTIC
Trial Attorney
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 307-0010
Facsimile: (202) 305-4933
Attorneys for Defendants

January 31, 2008

<u>Certificate of Service by ECF</u>

I hereby certify that, on January 31, 2008, the foregoing "DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE PROPOSED ORDER FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT" was filed electronically in the Court's Electronic Case Filing ("ECF") system. I understand that notice of this filing will be sent to all counsel by operation of the Court's ECF system and that parties may access this filing through the Court's system.

/s/ John Warshawsky
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA KAY PFEIFFER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, Secretary of Education, )<br>  et al., )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-00522<br>(Judge Sullivan) |

**ORDER**

This matter comes before the Court on *Defendants' Motion for Summary Judgment* [Docket No. 22]  Upon consideration of the Motion, Plaintiff's Response, and any Reply thereto, and the entire record of this case, it is hereby

ORDERED that the Motion is, GRANTED.

SO ORDERED.

_____
Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE

Date:_____

EXHBIT I

cc:

Steven M. Sprenger, Esq.
Sprenger & Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, D.C. 20005
Facsimile: (202) 332-6652
E-mail: ssprenger@sprengerlang.com

John Warshawsky, Esq.
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W., Room 10030
Washington, D.C. 20530
Facsimile: (202) 514-9163
E-mail: john.warshawsky@usdoj.gov

EXHBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA KAY PFEIFFER,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS, Secretary of Education, <u>et</u> <u>al.</u>,<br><br>    Defendants. | Case No. 1:07-cv-00522<br>(Judge Sullivan) |

**ORDER**

This matter comes before the Court on *Defendants' Unopposed Motion for Leave to File Proposed Order for Defendants' Motion for Summary Judgment.* [_____] Upon consideration of the Motion, Plaintiff's Response, and any Reply thereto, and the entire record of this case, it is hereby

ORDERED that the Motion is, GRANTED.

SO ORDERED.

_____
Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE

Date:_____

cc:

Steven M. Sprenger, Esq.
Sprenger & Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, D.C. 20005
Facsimile: (202) 332-6652
E-mail: ssprenger@sprengerlang.com

John Warshawsky, Esq.
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W., Room 10030
Washington, D.C. 20530
Facsimile: (202) 514-9163
E-mail: john.warshawsky@usdoj.gov