IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer, | ) |
| On behalf of herself and all others similarly situated, | ) Civil No. 1:07-cv-00522 (EGS) |
| *Plaintiff*, | ) CLASS ACTION |
| v. | ) |
| Margaret Spellings, in her official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America, | ) |
| *Defendants*. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF MATERIAL FACTS AS TO WHICH THERE ARE NO GENUINE ISSUES TO BE TRIED**

Plaintiff, by and through her counsel and pursuant to LCvR 7(h), hereby responds to defendants' statement of material facts as follows:

1. Plaintiff does not dispute the facts stated in ¶ 1 of defendants' statement of material facts.

2. Plaintiff does not dispute the facts stated in ¶ 2 of defendants' statement of material facts.

3. Plaintiff does not dispute the facts stated in ¶ 3 of defendants' statement of material facts with one exception: the defendants underline the word "side" in the block quote from the 1997 promissory note. In the original, the word "side" is not underlined.

4. Plaintiff does not dispute the facts stated in ¶ 4 of defendants' statement of material facts.

77928

5. Plaintiff does not dispute the facts stated in ¶ 5 of defendants' statement of material facts. Defendants fail, however, to include the last sentence in the quoted paragraph from the promissory note. The sentence defendants failed to include reads:

> Applicable state law, except as preempted by federal law, may provide for certain borrower rights, remedies, and defenses in addition to those stated in this note.

6. Plaintiff does not dispute the facts stated in ¶ 6 of defendants' statement of material facts.

7. Plaintiff does not dispute the facts stated in ¶ 7 of defendants' statement of material facts.

8. Plaintiff does not dispute the facts stated in ¶ 8 of defendants' statement of material facts.

9. Plaintiff does not dispute the facts stated in ¶ 9 of defendants' statement of material facts.

10. Plaintiff does not dispute the facts stated in ¶ 10 of defendants' statement of material facts. Defendants fail, however, to include the last sentence in the quoted paragraph from the promissory note. The sentence defendants failed to include reads:

> Applicable state law, except as preempted by federal law, may provide for certain borrower rights, remedies, and defenses in addition to those stated in this note.

11–22. Plaintiff does not dispute the facts stated in ¶¶ 11-22 of defendants' statement of material facts.

22-24. Plaintiff does not agree with defendants' use of the term "unpaid" in ¶¶ 22-24 of defendants' statement of material facts in reference to the interest accruing on putative class members' loans between their June payment date and June 30. As set forth on pages 8-9 of

plaintiff's memorandum in support of motion for partial summary judgment, the term "unpaid" refers to an obligation not paid when due. Other than the use of the term "unpaid," plaintiff does not dispute the facts set forth in ¶¶ 22-24 of defendants' statement of material facts.

Dated: February 28, 2008                                   Respectfully submitted,


                                                           /s/ Steven M. Sprenger
                                                           Steven M. Sprenger (DC No. 418736)
                                                           SPRENGER & LANG, PLLC
                                                           1400 Eye Street, N.W.
                                                           Suite 500
                                                           Washington, DC 20005
                                                           (202) 265-8010

                                                           Daniel C. Bryden (302284 *Pro Hac Vice*)
                                                           SPRENGER & LANG, PLLC
                                                           310 Fourth Avenue S.
                                                           Suite 600
                                                           Minneapolis, MN 55415
                                                           (612) 871-8910

                                                           *Attorneys for Plaintiff and the Class*