IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer, <br><br> *Plaintiff,* <br><br> vs. <br><br> Arne Duncan, in his official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America, <br><br> *Defendants.* | Court File No. 01:07-cv-00522 <br> [Judge Sullivan] <br><br> **JOINT STATUS REPORT** |

  Pursuant to the Court's October 5, 2009 Order (Dkt. No. 47), the parties report to the Court, as follows:

  On October 13, 2009, counsel for the parties conferred via email and telephone as directed by the Court. Steven M. Sprenger appeared for plaintiff; Phillip Seligman appeared for defendants. Counsel agree that there are three potential courses for further proceedings: (1) defendants may seek an interlocutory appeal of the Court's summary judgment ruling, which plaintiff would oppose; (2) plaintiff may resubmit her motion for class certification, which defendants may oppose; and, (3) the parties may engage in mediated class settlement discussions facilitated by a magistrate judge. Plaintiff favors mediation prior to further motion practice; defendants need additional time to confer on their desired course of action. If they decide not to seek an interlocutory appeal, defendants agree that mediated class settlement discussions would

be appropriate. Accordingly, counsel recommend to the Court that they submit another joint status report within thirty (30) days.

DATED:  October 19, 2009

Respectfully submitted,

SPRENGER & LANG, PLLC

/s/ Steven M. Sprenger
Steven M. Sprenger (D.C. Bar No. 418736)
SPRENGER & LANG, PLLC
1400 Eye Street, N.W., Suite 500
Washington, D.C.  20005
Telephone:  (202) 265-8010
Facsimile:  (202) 332-6652
Email:  ssprenger@sprenger.com

Dan Bryden (*Pro Hac Vice*)
SPRENGER & LANG, PLLC
310 Fourth Avenue S., Suite 600
Minneapolis, MN 55403
Telephone:  (612) 871-8910
Email:  dbryden@sprengerlang.com

*Attorneys for Plaintiff and the Class*

TONY WEST
Assistant Attorney General
J. CHRISTOPHER KOHN
Director
ROBERT E. KIRSCHMAN, JR.
Deputy Director

/s/ Phillip M. Seligman
PHILLIP M. SELIGMAN (D.C. Bar No. 433422)
Trial Attorney
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W., Room 10104
Washington, D.C.  20530
Telephone: (202) 307-1105
Facsimile:  (202) 307-0494
E-mail: phillip.seligman@usdoj.gov

*Attorneys for Defendants*