IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda Kay Pfeiffer, <br><br> On behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br><br><br> Arne Duncan, in his official capacity as United States Secretary of Education, the United States Department of Education, and the United States of America, <br><br> Defendants. | Case No. 01:07-cv-00522 <br> [Judge Sullivan] <br><br> CLASS ACTION |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff and Defendant, by and through their respective counsel and pursuant to Fed. R. Civ. P. 23(e), hereby move the Court for preliminary approval of their proposed Settlement Agreement (attached hereto as Exhibit 1), including the order necessary to effectuate their proposed class action settlement. In addition, the Plaintiff respectfully refers the Court to her memorandum and declarations in support of preliminary approval of the proposed class action settlement agreement. The parties ask the Court to make the following findings and rulings:

1. The parties' proposed Settlement Agreement is fair, adequate and reasonable, and, therefore, warrants submission to members of the Settlement Class for

their consideration and a formal fairness hearing under Fed. R. Civ. P. 23(e). ("Settlement Hearing").

**2.** The requirements of Fed. R. Civ. P. 23(a) have been satisfied, and the class-wide claims asserted in this action may be certified pursuant to Fed. R. Civ. P. 23(b)(3). The Settlement Class shall consist of:

> All borrowers who elected to repay their student loans issued by the United States Department of Education under the Income Contingent Repayment Plan and whose monthly scheduled payments at any time after March 19, 2001 were insufficient to cover the interest accruing on the loan, but whose actual payments were equal to or greater than the interest accruing on their loan. All borrowers whose loans have been written off due to death, disability, or otherwise, are excluded from the class.

Certification of the Settlement Class is for purposes of the Settlement Agreement and is provisional pending final approval of the Settlement Agreement. If the Settlement Agreement is not approved, this certification will be null and void.

**3.** The Plaintiff and her counsel are adequate representatives of the Settlement Class. Accordingly, the Court should appoint Plaintiff Brenda Pfeiffer as Class Representative, and Steven M. Sprenger of Sprenger + Lang, PLLC, as Lead Class Counsel.

**4.** The Notice of Proposed Settlement Agreement and Settlement Hearing ("Notice") (attached hereto as Exhibit 2) is approved as reasonable, adopted and incorporated herein. The parties shall serve the Notice and Claim Form on class members as set forth in Section X of the Settlement Agreement**.**

**5.** The Notice sets forth the procedures pursuant to which members of the Settlement Class may exclude themselves ("opt-out") from the monetary benefits of the

Settlement Agreement. Any request for exclusion must be received within 80 days of preliminary approval.

6. The Notice sets forth the procedures pursuant to which members of the Settlement Class may object to the terms of the Settlement Agreement. Any objection must be received within 80 days of preliminary approval.

7. The deadline for the parties to file motions for final approval of their proposed class action settlement and to address any objections to the Settlement Agreement shall be within seven days prior to the Settlement Hearing.

8. A hearing shall be held to consider motions for final approval of the proposed Settlement Agreement. The procedures for members of the Settlement Class to object to the Settlement Agreement and to appear at the Settlement Hearing shall be set forth in the Notice.

WHEREFORE, the parties jointly pray that the Court enter the following orders:

(1) An order certifying the Settlement Class pursuant to Fed. R. Civ. P. 23(b)(3), appointing plaintiff Brenda Kay Pfeiffer as class representative, and provisionally appointing attorney Steven M. Sprenger of Sprenger + Lang, PLLC, as Lead Class Counsel;

(2) An order preliminarily approving the Settlement Agreement, including the parties' proposed form of class notice;

(3) An order establishing appropriate dates for (a) the filing and service of Class Member opt-out statements and objections and (b) a settlement hearing;

3

Dated: March 24, 2010

      Respectfully submitted,

/s/ Steven M. Sprenger
Steven M. Sprenger (DC No. 418736)
SPRENGER & LANG, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, DC 20005
(202) 265-8010

*Attorney for Plaintiffs and the Class*


TONY WEST
Assistant Attorney General
J. CHRISTOPHER KOHN
Director
ROBERT E. KIRSCHMAN, JR.
Deputy Director
   */s/ Phillip M. Seligman*
PHILLIP M. SELIGMAN (D.C. Bar No. 433422)
Trial Attorney
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W., Room 10104
Washington, D.C.  20530
Telephone: (202) 307-1105
Facsimile: (202) 307-0494
E-mail: phillip.seligman@usdoj.gov

*Attorneys for Defendants*